## Case No. 5,232.

GARDNER v. LINDO.

[1 Cranch, C. C. 592.] [1]

Circuit Court, District of Columbia. Dec. Term, 1809.

Mr. Law, for defendant,

THE COURT (FITZHUGH, Circuit Judge, absent) overruled the motion.

[1] [Reported by Hon. William Cranch, Chief Judge.]